AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| BRIANA PACHECO and HELEN HIOTIS<br><br>*Plaintiff(s)*<br>v.<br>1454 DINER, INC. d/b/a MIKE'S DINER OF BROOKLYN, MIKE MOUDATSOS, ELIAS MOUDATSOS, JOSE LUIS ROSENDO FLORES, MARIANO JIMENEZ PORTILLA, FERNANDO MAGDALENO-TZUNUN-MORALES, DARIO CHAVEZ and MARK STUMER<br>*Defendant(s)* | Civil Action No. 25-cv-4665 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mark Stumer
150 East 58th St, 29th Floor
New York, NY 10155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Risman & Risman, P.C.
233 Broadway, Suite 2707
New York, NY 10279

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]   [Save As...]                                                    [Reset]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------x
BRIANA PACHECO and HELEN HIOTIS

                                    Plaintiffs,

      -against-


1454 DINER, INC. d/b/a MIKE'S DINER
OF BROOKLYN, MIKE MOUDATSOS,               Index No.: 25-cv-04665
ELIAS MOUDATSOS, JOSE LUIS ROSENDO
FLORES, MARIANO JIMENEZ PORTILLA,
FERNANDO MAGDALENO-TZUNUN-MORALES,
DARIO CHAVEZ and MARK STUMER,

                                    Defendants.
---------------------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT, Plaintiff requests that Summonses be issued for the below listed Defendants in the above-captioned matter:

1454 DINER, INC. d/b/a MIKE'S DINER OF BROOKLYN
1454 86th Street
Brooklyn, NY 11228

MIKE MOUDATSOS
1454 86th Street
Brooklyn, NY 11228

ELIAS MOUDATSOS
1454 86th Street
Brooklyn, NY 11228

JOSE LUIS ROSENDO FLORES
1454 86th Street
Brooklyn, NY 11228

MARIANO JIMINEZ PORTILLA
1454 86th Street
Brooklyn, NY 11228

FERNANDO MAGDALENO-TZUNUN-MORALES
1454 86th Street
Brooklyn, NY 11228

DARIO CHAVEZ
1454 86th Street
Brooklyn, NY 11228

MARK STUMER
150 East 58th St, 29th Floor
New York, NY 10155

                                      Respectfully submitted,

                                      *Shannon Barry*

                                      Shannon Barry, Esq.
                                      RISMAN & RISMAN, P.C.
                                      233 Broadway, Suite 2707
                                      New York, New York 10279
                                      Telephone: (212) 233-6400
                                      Facsimile: (212) 233-6406
                                      Email: sbarry@risman-law.com
                                      *Attorneys for Plaintiff*